# Third District Court of Appeal
## State of Florida

Opinion filed October 2, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0665
Lower Tribunal No. F20-10093
_____

**Santiago Solivan,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Lody Jean, Judge.

Carlos J. Martinez, Public Defender, and Jennifer Thornton, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and Katryna Santa Cruz, Assistant Attorney General, for appellee.

Before FERNANDEZ, BOKOR and GOODEN, JJ.

PER CURIAM.

Affirmed. State v. DiGuilio, 491 So. 2d 1129, 1135 (Fla. 1986) (explaining harmless error test); English v. State, 43 So. 3d 871, 872 (Fla. 5th DCA 2010) ("'[T]he contents of a BOLO are generally inadmissible . . . .' However, when as here, the victim testifies to the same information during the trial, courts have often considered the admission of the BOLO's contents cumulative in nature, and, therefore, harmless.") (quoting in part Tillman v. State, 964 So. 2d 785, 788 (Fla. 4th DCA 2007)); see also Andres v. State, 254 So. 3d 283, 300 (Fla. 2018) ("While the State cannot comment on the defendant's failure to present evidence, there is no impropriety in observing, in response to arguments made by the defense, that the defense's theory is not supported by actual evidence.").